IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

FREEMAN, PATRICIA ANN AND JAMES EDWARD, SR.

Debtors.

Case No. 09-15513-RLB
(Chapter 7)

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW Joel C. Hall, Trustee, of the above captioned bankruptcy matter, pursuant to Rule 3010 Fed.R.Bankr.P and reports to the Court Clerk the following are dividends in an amount under $5.00 and should be treated in the same manner as unclaimed funds.

| **Claimant** | **Amount** |
|---|---|
| American Collection Services, Inc.<br>3100 SW 59th<br>PO Box 44069<br>Oklahoma City, OK  73144-1069 | $.31 |

Checks made payable to the United States Bankruptcy Court are attached hereto for deposit into unclaimed funds.

Date: November 17, 2010

 s/Joel Hall
Joel C. Hall, #13643
3030 Oklahoma Tower
210 West Park Avenue
Oklahoma City, OK  73102
(405) 232-3800